IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD RICHARD BURNS
    Plaintiff,

vs.                                                                                          Case No. 3:11cv331/LAC/EMT

JOSEPH A. BULONE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 29, 2011 (doc. 13). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case shall be transferred to the United States District Court for the Middle District of Florida.

3.    Plaintiff's motions to proceed in forma pauperis (docs. 12, 14) are **DENIED without prejudice** to Plaintiff's re-filing a motion to proceed in forma pauperis in the Middle District.

4.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of September, 2011

                                                  s/*L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**